**DONE and SIGNED April 21, 2021.**



                                            **/s/ John S. Hodge**
                                            **JOHN S. HODGE**
                                            **UNITED STATES BANKRUPTCY JUDGE**

 

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Tatyana N. Rhodes | § | Case Number: 21-10132 |
| | § | |
| Debtor(s) | § | Judge John S. Hodge |

**ORDER TO EMPLOYER TO PAY CHAPTER 13 TRUSTEE-AMENDED**

    1.    Texas Health Physicians Group, 9229 LBJ Freeway, Dallas, TX 75243, 877-847-9355 Phone, thtgpayroll@texashealth.org Email, is ordered to pay <u>$228.46 each bi-weekly</u> pay period out of the income of Tatyana N. Rhodes to the Chapter 13 Trustee. Payments shall be made payable to the Chapter 13 Trustee and sent to the following address:

        Todd Johns
        Chapter 13 Trustee
        P. O. Box 2218
        Memphis, Tennessee 38101-2218

    2.    These wage deductions shall continue until further order of this Court.

    3.    The Chapter 13 Trustee and the debtors shall each submit a copy of this order to the employer.

                                                      ###

This order was prepared and is being submitted by:

**THE COOK LAW FIRM**
 **A  Professional Law Corporation**
4070 Highway 80, Haughton, LA 71037
(318) 949-5999
BY:      /s/ Kelli R. Cook
Robert W. Cook #20761
Kelli R. Cook, #32401
Michele S. Cook, #33531
Kent Gill, #06165
Jessica P. Johnston, #32519