**DONE and SIGNED July 29, 2021.**



                                  **/s/ John S. Hodge**
                                  **JOHN S. HODGE**
                                  **UNITED STATES BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| Tatyana N. Rhodes | § § | Case Number: 21-10132 |
| Debtor(s) | § | Judge John S. Hodge |

### ORDER TO EMPLOYER TO PAY CHAPTER 13 TRUSTEE-AMENDED

     The University of North Texas Health Science Center, , 1112 Dallas Drive, Suite 4000, Denton, Texas 76201 Phone 940-369-7650, Email: hremployment@untsystem.edu Fax: 940-369-5599, is ordered to pay $495.00 each monthly pay period out of the income of Tatyana N. Rhodes to the Chapter 13 Trustee. Payments shall be made payable to the Chapter 13 Trustee and sent to the following address:

          Todd Johns
          Chapter 13 Trustee
          P. O. Box 2218
          Memphis, Tennessee 38101-2218

     2.    These wage deductions shall continue until further order of this Court.

     3.    The Chapter 13 Trustee and the debtors shall each submit a copy of this order to the employer.

###

This order was prepared and is being submitted by:

**THE COOK LAW FIRM**
**A Professional Law Corporation**
4070 Highway 80, Haughton, LA 71037
(318) 949-5999
BY: /s/ Jessica P. Johnston
Robert W. Cook #20761
Kelli R. Cook, #32401
Michele S. Cook, #33531
Kent Gill, #06165
Jessica P. Johnston, #32519