# Notice Recipients

District/Off: 0536–5     User: rmmitchel     Date Created: 7/29/2021
Case: 21–10132     Form ID: pdf8     Total: 7

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of U. S. Trustee | USTPRegion05.SH.ECF@usdoj.gov |
| tr | Todd Johns (Ch 13 Trustee) | ecf@shrevech13.com |
| aty | Jessica P. Johnston | kellilaw@cook4law.com |
| aty | Kelli Cook | kellilaw@cook4law.com |
| aty | Michele Cook | michelelaw@cook4law.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Tatyana N. Rhodes | 6800 Rasberry Ln. ` | Apt.1404 | Shreveport, LA 71129 | |
| | The University of North Texas | Health Science Center | 1112 Dallas Drive, Suite 4000 | Denton, Texas 76201 | |

TOTAL: 2