**DONE and SIGNED July 29, 2021.**



                                              **/s/ John S. Hodge**
                                              **JOHN S. HODGE**
                                              **UNITED STATES BANKRUPTCY JUDGE**

---

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Tatyana N. Rhodes | § | Case Number: 21-10132 |
| | § | |
| Debtor(s) | § | Judge John S. Hodge |

## ORDER TO EMPLOYER TO PAY CHAPTER 13 TRUSTEE-AMENDED

     The University of North Texas Health Science Center, , 1112 Dallas Drive, Suite 4000, Denton, Texas 76201 Phone 940-369-7650, Email: hremployment@untsystem.edu Fax: 940-369-5599, is ordered to pay $495.00 each monthly pay period out of the income of Tatyana N. Rhodes to the Chapter 13 Trustee. Payments shall be made payable to the Chapter 13 Trustee and sent to the following address:

                Todd Johns
                Chapter 13 Trustee
                P. O. Box 2218
                Memphis, Tennessee 38101-2218

    2.     These wage deductions shall continue until further order of this Court.

    3.     The Chapter 13 Trustee and the debtors shall each submit a copy of this order to the employer.

###
This order was prepared and is being submitted by:

**THE COOK LAW FIRM**
 **A  Professional Law Corporation**
4070 Highway 80, Haughton, LA 71037
(318) 949-5999
BY:     /s/ Jessica P. Johnston
Robert W. Cook #20761
Kelli R. Cook, #32401
Michele S. Cook, #33531
Kent Gill, #06165
Jessica P. Johnston, #32519

In re:  
Tatyana N. Rhodes  
    Debtor

Case No. 21-10132-JSH  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0536-5      User: rmmitchel      Page 1 of 2  
Date Rcvd: Jul 29, 2021      Form ID: pdf8      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Tatyana N. Rhodes, 6800 Rasberry Ln., Apt.1404, Shreveport, LA 71129-2524 |
|  | + The University of North Texas, Health Science Center, 1112 Dallas Drive, Suite 4000, Denton, Texas 76205-1132 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jessica P. Johnston | on behalf of Debtor Tatyana N. Rhodes kellilaw@cook4law.com Cook.KelliR101104@notify.bestcase.com |
| Kelli Cook | on behalf of Debtor Tatyana N. Rhodes kellilaw@cook4law.com kelli@ecf.inforuptcy.com;Cook.KelliR101104@notify.bestcase.com |
| Michele Cook | on behalf of Debtor Tatyana N. Rhodes michelelaw@cook4law.com kelli@ecf.inforuptcy.com;Cook.KelliR101104@notify.bestcase.com |
| Office of U. S. Trustee | USTPRegion05.SH.ECF@usdoj.gov |
| Richard A. Rozanski | on behalf of Creditor TD Auto Finance LLC richard@rarlaw.net |

Todd Johns (Ch 13 Trustee)   ecf@shrevech13.com

TOTAL: 6